1

2                        IN THE UNITED STATES DISTRICT COURT

3                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   BOARD OF TRUSTEES OF THE AUTOMOTIVE          No. C 09-00468 CW
    INDUSTRIES WELFARE FUND, et al.,
6                                               ORDER
              Plaintiffs,
7
         v.
8
    MARINA BUICK PONTIAC GMC,
9
              Defendant.
10  _____/

11

12       Default having been entered by the Clerk on March 30, 2009,

13       IT IS HEREBY ORDERED that Plaintiff shall file a motion for

14  default judgment within 30 days from the date of this order, and

15  upon filing of motion for default judgment, said motion will be

16  referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be

17  heard and considered at the convenience of his/her calendar. The

18  Magistrate Judge shall prepare findings and recommendation on the

19  motion.

20       IT IS FURTHER ORDERED that the Case Management Conference

21  previously set for May 12, 2009, is continued to September 1, 2009.

22

23  Dated: 3/31/09                    _Claudia Wilken_____
                                      CLAUDIA WILKEN
24                                    United States District Judge

25

26  cc: Wings

27

28

United States District Court
For the Northern District of California